NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000740
09-OCT-2017
01:22 PM

NOS. CAAP-16-0000740
(consolidated with NOS. CAAP-16-0000741 and CAAP-17-0000473)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

**CAAP-16-0000740**
In the Matter of the Tax Appeal of KAHEAWA WIND POWER, LLC,
Appellant-Appellee
vs.
COUNTY OF MAUI, Appellee-Appellant

**CAAP-16-0000741**
In the Matter of the Tax Appeal of KAHEAWA WIND POWER, LLC,
Appellant-Appellee
vs.
COUNTY OF MAUI, Appellee-Appellant

**CAAP-17-0000473**
In the Matter of the Tax Appeal of KAHEAWA WIND POWER, LLC,
Appellant-Appellee
vs.
COUNTY OF MAUI, Appellee-Appellant

APPEAL FROM THE TAX APPEAL COURT
(TX. NOS. 12-1-0394, 13-1-0314, 13-1-0313)

ORDER GRANTING THE SEPTEMBER 13, 2017
MOTION TO DISMISS CONSOLIDATED APPEALS
(By: Nakamura, Chief Judge, Fujise, and Chan, JJ.)

Upon consideration of Appellee-Appellant County of Maui's (Appellant) September 13, 2017 "Motion to Dismiss Consolidated Appeals CAAP Nos. 16-0000740, 16-0000741 and 17-0000473" (Motion), it appears that (1) on January 13, 2017, the court consolidated case numbers CAAP-16-0000740 and CAAP-16-0000741 under case number CAAP-16-0000740; (2) the consolidated appeals in case numbers CAAP-16-0000740 and CAAP-16-0000741 were docketed on January 25, 2017; (3) case number CAAP-17-0000473 was docketed on July 6, 2017; (4) on August 11, 2017, the court consolidated case numbers CAAP-16-0000740, CAAP-16-0000741, and CAAP-17-0000473 under case number CAAP-16-0000740; (5) Appellant, the appellant in all three appeals, seeks to dismiss the consolidated appeals; and (6) dismissal is appropriate pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the consolidated appeals are dismissed.

DATED: Honolulu, Hawaiʻi, October 9, 2017.

Chief Judge

Associate Judge

Associate Judge

2